**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7094**

THOMAS CAMERON WHITEMAN, Ph.D., Economist,

Plaintiff - Appellant,

versus

ROGER M. PHILLIPS, M.D., Acting Director;
SUPERINTENDENT CHERRY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-00-466-3)

Submitted: November 20, 2002       Decided: January 10, 2003

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Thomas Cameron Whiteman, Appellant Pro Se. Edward Joseph McNelis, III, Coreen Antoinette Bromfield, RAWLS & MCNELIS, P.C., Richmond, Virginia; Samuel Lawrence Dumville, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas C. Whiteman seeks to appeal from the district court's order granting summary judgment and dismissing all claims against Defendant Roy Cherry. A court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). Because the order Whiteman seeks to appeal did not resolve all of the claims against all of the parties, it is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>